# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,  <br><br>          Plaintiff,  <br><br>v.  <br><br>JOHN DOES 1-18,  <br><br>          Defendants. | **1:12-cv-03269-JBS-KMW**  <br><br>Original Case Pending in  <br>Middle District of Florida  <br>Case No. 3:12-cv-00336-UAMH-JBT  <br><br>**NOTICE OF SETTLEMENT AND**  <br>**WITHDRAWAL OF PENDING**  <br>**MOTION TO QUASH** |

**PLEASE TAKE NOTICE** that Defendant John Doe 11 and Plaintiff Malibu Media, LLC have entered into a Settlement Agreement that resolves the issues raised in this and the underlying action. Accordingly, Defendant John Doe 11 requests that the Motion to Quash be withdrawn and the action marked closed.

                                                                Respectfully submitted,
                                                                **FELLHEIMER & EICHEN LLP**


                                                                */s/ John J. Jacko, III*
                                                                John J. Jacko, III, Esquire
                                                                Five Greentree Center, Suite 104
                                                                Marlton, NJ 08053
                                                                Tel: (856) 817-6215
                                                                Fax: (856) 817-6017
                                                                *Attorneys for Defendant*
                                                                *John Doe 11*

Dated: June 22, 2012

## CERTIFICATE OF SERVICE

I, John J. Jacko, III, hereby certify that on June 22, 2012, a true and correct copy of the foregoing Notice of Settlement and Withdrawal of Pending Motion to Quash was served via the ECF system upon the following:

Patrick J. Cerillo, Esquire
pjcerillolaw@comcast.net
**PATRICK J. CERILLO, LLC**
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822

**FELLHEIMER & EICHEN LLP**

*/s/ John J. Jacko, III*
John J. Jacko, III, Esquire
Five Greentree Center, Suite 104
Marlton, NJ 08053
Tel:  (856) 817-6215
Fax:  (856) 817-6017
*Attorneys for Defendant*
*John Doe 11*